Galatea DeLapp, CA Bar #181581
Attorney at Law
1541 East Fairmont Ave. Suite 104
Fresno, CA 93704
(559) 803-0471

Attorney for Defendant
Shannon Bargas

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>SHANNON BARGAS<br><br>            Defendant. | CASE NO.  1:23-CR-00052 ADA-BAM<br><br>STIPULATION CONTINUING DETENTION HEARING AND ORDER<br><br>DATE: March 23, 2023<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila Oberto |

This case is set for a continued detention hearing on March 23, 2023. The parties stipulate and request a continuance of the proceedings to Tuesday, March 28, 2023.  Counsel for the defense was advised that the Defendant was transported from the Fresno County Jail to the hospital last evening. Records currently show her still at the hospital.  The defendant was to be interviewed for acceptance into a long term residential treatment program today, however due to her emergent condition and custodial policy, the interview cannot take place at the hospital.  Pretrial Services has indicated whether or not the defendant is accepted into a long term residential treatment program is important to their recommendation.  This assessment is critical to the defendant's position on the issue of detention.

**STIPULATION**

Defendant by and through her counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for a detention hearing on March 23, 2023.

1

2. By this stipulation, defendant now moves to continue the detention hearing to March 28, 2023 for the reasons set forth herein which constitute good cause.

3. The parties further agree that because the government has moved for detention and because the continuance results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 23, 2023 to March 28, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D) and 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO STIPULATED.

Dated: March 23, 2023

/s/ GALATEA DELAPP
GALATEA DELAPP
Counsel for Defendant
SHANNON BARGAS

Dated: March 23, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN GILIO
JUSTIN GILIO
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

DATED: 3/23/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA OBERTO
UNITED STATES MAGISTRATE COURT JUDGE

2