PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHANNON BARGAS, <br><br> Defendant. | CASE NO. 1:23-CR-00052-NODJ-BAM <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> DATE: November 13, 2024 <br> TIME: 1:00 p.m. <br> COURT: Hon. Barbara A. McAuliffe |

    Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for status on November 13, 2024.

    2.    By this stipulation, defendants now move to continue the status conference until February 26, 2025, at 1:00 P.M. and to exclude time between November 13, 2024, and February 26, 2025, inclusive.

    3.    The parties agree and stipulate, and request that the Court find the following:

        a)    The discovery associated with this case is voluminous and includes investigative reports, photographs and videos, as well as surveillance videos, and large cellular phone extractions, and large amounts of cellular telephone precise location data. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)    The government has provided a plea agreement to defendant's counsel. Defense

counsel has been in several criminal trials and needs additional time to review the plea agreement with her client and prepare for a potential change of plea hearing.

      c)      At the February 26, 2025 status conference, the parties will be prepared to set the case for a trial or change of plea hearing.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      The defendant has been released on pretrial services' supervision and is not in custody pending trial.

      g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 13, 2024 to February 26, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because the continuance results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated: November 5, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant United States Attorney

Dated: November 5, 2024

/s/ Galatea DeLapp
Galatea DeLapp
Counsel for Defendant
Shannon Bargas

# ORDER

IT IS SO ORDERED that the status conference is continued from November 13, 2024, to **February 26, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court will not grant further continuances, absent good cause, which will be narrowly construed, and will set a trial date at the next status conference if the case is not resolved in advance of that status hearing.

IT IS SO ORDERED.

Dated: **November 5, 2024**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE