1  MICHELE BECKWITH
   Acting United States Attorney
2  JUSTIN J. GILIO
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,            | CASE NO. 1:23-CR-00052-NODJ-BAM
12 |             Plaintiff,                | STIPULATION REGARDING EXCLUDABLE
   |                                       | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |        v.                             | AND ORDER
14 | SHANNON BARGAS,                       | DATE: February 26, 2025
   |                                       | TIME: 1:00 p.m.
15 |             Defendant.                | COURT: Hon. Barbara A. McAuliffe

16

17     Plaintiff United States of America, by and through its counsel of record, and defendant, by and
18 through defendant's counsel of record, hereby stipulate as follows:
19     1.     By previous order, this matter was set for status on February 26, 2025.
20     2.     By this stipulation, defendant now moves to vacate the status conference and set the case
21 for a change of plea hearing on June 16, 2025, at 8:30 A.M. and to exclude time between February 26,
22 2025, and June 16, 2025, inclusive.
23     3.     The parties agree and stipulate, and request that the Court find the following:
24          a)     The discovery associated with this case is voluminous and includes investigative
25 reports, photographs and videos, as well as surveillance videos, and large cellular phone
26 extractions, and large amounts of cellular telephone precise location data. All this discovery has
27 been either produced directly to counsel and/or made available for inspection and copying.
28          b)     The parties have reached a plea agreement and **expect to have the signed plea**

STIPULATION REGARDING EXCLUDABLE TIME          1
PERIODS UNDER SPEEDY TRIAL ACT

**agreement on file by the end of the month**.  Defense counsel needs the additional time to finalize the plea agreement and prepare for the change of plea hearing.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      The defendant has been released on pretrial services' supervision and is not in custody pending trial.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 26, 2025 to June 16, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because the continuance results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 19, 2025                                  PHILLIP A. TALBERT
                                                                            United States Attorney

                                                                            /s/ Justin J. Gilio
                                                                            JUSTIN J. GILIO
                                                                            Assistant United States Attorney

Dated: February 19, 2025

/s/ Galatea DeLapp
Galatea DeLapp
Counsel for Defendant
Shannon Bargas

## ORDER

IT IS SO ORDERED that the status conference set for February 26, 2025, is vacated. A change of plea hearing is set for **June 16, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court also sets a status conference for **June 11, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. If the parties file the plea agreement in advance of June 11, 2025, the Court will vacate the status conference.

IT IS SO ORDERED.

Dated: __**February 19, 2025**__         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE