MICHELE BECKWITH
Acting United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHANNON BARGAS, <br><br> Defendant. | CASE NO. 1:23-CR-00052-DAD-BAM <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> DATE: June 16, 2025 <br> TIME: 10:00 a.m. <br> COURT: Hon. Dale A. Drozd |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on June 16, 2025.

2. By this stipulation, defendant now moves to continue the change of plea hearing to June 30, 2025, at 10:00 a.m. in Fresno, and to exclude time between June 16, 2025, and June 30, 2025, inclusive.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case is voluminous and includes investigative reports, photographs and videos, as well as surveillance videos, and large cellular phone extractions, and large amounts of cellular telephone precise location data. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Defendant needs the additional time to prepare for the change of plea hearing and

sentencing hearing.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) The defendant has been released on pretrial services' supervision and is not in custody pending trial.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 16, 2025 to June 30, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because the continuance results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: May 29, 2025          MICHELE BECKWITH
                 Acting United States Attorney

                 /s/ Justin J. Gilio
                 JUSTIN J. GILIO
                 Assistant United States Attorney

Dated: May 29, 2025                    /s/ Galatea DeLapp
                                       Galatea DeLapp
                                       Counsel for Defendant
                                       Shannon Bargas

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the change of plea hearing previously scheduled for June 16, 2025, is continued to June 30, 2025, at 10:00 a.m. in Fresno, and time is excluded between June 16, 2025, and June 30, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4.

IT IS SO ORDERED.

Dated:   **June 8, 2025**                        _/s/ Dale A. Drozd_
                                                 DALE A. DROZD
                                                 UNITED STATES DISTRICT JUDGE