MICHELE BECKWITH
Acting United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANNON BARGAS,<br><br>Defendant. | CASE NO. 1:23-CR-00052-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 30, 2025<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on June 30, 2025.

2. By this stipulation, defendant now moves to continue the change of plea hearing to July 28, 2025, at 9:30 a.m. in Courtroom 5 in Fresno before Chief Judge Troy L. Nunley and to exclude time between June 30, 2025, and July 28, 2025, inclusive.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case is voluminous and includes investigative reports, photographs and videos, as well as surveillance videos, and large cellular phone extractions, and large amounts of cellular telephone precise location data. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Defendant needs the additional time to prepare for the change of plea hearing and

sentencing hearing. Specifically, the defendant recently had back surgery and is recovering from that serious operation. She has provided the government with a note from her doctor that recommends that she not travel to and from the courthouse for any hearings because of the risk of pain and complication that the trips could cause her.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny the defendant the ability to attend the change of plea hearing given her medical status, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) The defendant has been released on pretrial services' supervision and is not in custody pending trial.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 30, 2025 to July 28, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because the continuance results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  June 23, 2025                             MICHELE BECKWITH
                                                  Acting United States Attorney


                                                  /s/ Justin J. Gilio
                                                  JUSTIN J. GILIO
                                                  Assistant United States Attorney


Dated:  June 23, 2025                             /s/ Galatea DeLapp
                                                  Galatea DeLapp
                                                  Counsel for Defendant
                                                  Shannon Bargas


## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the change of plea hearing in this case previously scheduled for June 30, 2025 is continued to July 28, 2025, at 9:30 a.m. in Courtroom 5 in Fresno before Chief Judge Troy L. Nunley and time is excluded between June 30, 2025, and July 28, 2025, inclusive pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4.

IT IS SO ORDERED.

Dated:   **June 24, 2025**                        _____
                                                  DALE A. DROZD
                                                  UNITED STATES DISTRICT JUDGE


STIPULATION REGARDING EXCLUDABLE TIME                   3
PERIODS UNDER SPEEDY TRIAL ACT