KIMBERLY A. SANCHEZ
Acting United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00052-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| SHANNON BARGAS, | DATE: July 28, 2025 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Chief Judge Troy L. Nunley |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on July 28, 2025.

2. By this stipulation, defendant now moves to continue the change of plea hearing to **November 3, 2025, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd** and to exclude time between July 28, 2025, and November 3, 2025, inclusive.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case is voluminous and includes investigative reports, photographs and videos, as well as surveillance videos, and large cellular phone extractions, and large amounts of cellular telephone precise location data. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Defendant needs the additional time to prepare for the change of plea hearing and

sentencing hearing.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      In addition, defendant has recently underwent serious back surgery. Her physician has provided the parties with a signed letter indicating that Ms. Bargas should not travel until December of 2025. Because Ms. Bargas is currently living in Kern county, about a two-hour drive from the Fresno courthouse, an in-person change of plea hearing would require her to make a trip consisting of four hours in the car, roundtrip. According to her doctor, this could prevent serious complications to her health.

      e)      The government does not object to the continuance.

      f)      The defendant has been released on pretrial services' supervision and is not in custody pending trial.

      g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 28, 2025 to November 3, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because the continuance results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 24, 2025                    KIMBERLY A. SANCHEZ
                                        Acting United States Attorney

                                        /s/ Justin J. Gilio
                                        JUSTIN J. GILIO
                                        Assistant United States Attorney


Dated: July 24, 2025                    /s/ Galatea DeLapp
                                        Galatea DeLapp
                                        Counsel for Defendant
                                        Shannon Bargas


# ORDER

IT IS SO ORDERED this 24th day of July, 2025.

_____
Troy L. Nunley
Chief United States District Judge