ERIC GRANT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00052-DAD-BAM-2 |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| SHANNON BARGAS, | DATE: November 3, 2025 |
| Defendant. | TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on November 3, 2025.

2. By this stipulation, defendant now moves to continue the change of plea hearing to December 15, 2025, and to exclude time between November 3, 2025, and December 15, 2025, inclusive.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The discovery associated with this case is voluminous and includes investigative reports, photographs and videos, as well as surveillance videos, and large cellular phone extractions, and large amounts of cellular telephone precise location data. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Defendant needs the additional time to prepare for the change of plea hearing and sentencing hearing. Specifically, the defendant recently had back surgery and is recovering from

that serious operation. She has provided the government with a note from her doctor that recommends that she not travel to and from the courthouse for any hearings because of the risk of pain and complication that the trips could cause her. She expects to be able to travel for the December 15, 2025, change of plea hearing.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny the defendant the ability to attend the change of plea hearing given her medical status, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      The defendant has been released on pretrial services' supervision and is not in custody pending trial.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 3, 2025 to December 15, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because the continuance results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated: October 24, 2025

ERIC GRANT
United States Attorney

/s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant United States Attorney

Dated: October 24, 2025

/s/ Galatea DeLapp
Galatea DeLapp
Counsel for Defendant
Shannon Bargas

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the change of plea hearing previously scheduled for November 3, 2025, as to this defendant is continued to December 15, 2025, at 10:00 a.m. and time is excluded between November 3, 2025, and December 15, 2025, inclusive, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **October 24, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE